FORTUNATO MIMINO, Appellant, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Respondent.— Judgment reversed on the law and a new trial granted, costs to appellant to abide the event. In our opinion, the court committed preju-

dicial error in its charge to the jury at folios 906, 907, 927 and 928 with reference to the custom and usage in making up drafts of lubricating oil for stowing in the hold of a vessel and in refusing to submit that question to the jury. Carswell, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm.